**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**JAKE SMALL**                                                                                    **PLAINTIFF**
**#111117**

**V.**                                    **NO. 4:22-cv-001197-JM**

**HIGGINS, *et al*.**                                                                    **DEFENDANTS**

## JUDGMENT

Consistent with the Order entered today, this case is DISMISSED, without prejudice.

IT IS SO ORDERED this 11th day of January, 2023.

_____
UNITED STATES DISTRICT JUDGE